# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NHS HUMAN SERVICES, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| LOWER GWYNEDD TOWNSHIP, et al., | : | |
| *Defendants.* | : | No. 11-2074 |

## O R D E R

**AND NOW**, this 20th day of January, 2012, upon consideration of Defendants' Motion to Dismiss or for Summary Judgment (Docket No. 10) and Plaintiff's opposition thereto (Docket No. 13), and following oral argument, it is hereby **ORDERED** Defendants' Motion (Docket No. 10) is **GRANTED in part** and **DENIED in part**, as follows:

1. Defendants' Motion is **GRANTED** as to Counts IV and V of Plaintiff's Complaint;

2. Defendants' Motion is **DENIED** as to Counts I, II, and III of Plaintiff's Complaint;

3. If Plaintiff elects to try to file an amended complaint, it must first file a motion seeking leave to do so (together with the proposed amended complaint as an exhibit to the motion) no later than 21 days from the date of this Order. Any interested Defendant may file an opposition to the motion for leave to amend within 14 days after the motion for leave to amend is filed.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE